UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

A.A., An Infant Under 18 Years By Her Mother, Milette Myers,

                          Plaintiff,

          -against-

CITY OF NEW YORK, et. al

                         Defendants. --

**AFFIDAVIT OF SERVICE**

14-CV- 374 ARR-JMA

-----------------------------------------------------------------x

        I, Ramsey Baines, being duly sworn deposes and says:

1.      I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.      On March 12, 2014, at approximately 12:47 P.M, I served the summons and complaint in this matter on The City Of New York New York City Corporation Counsel by delivering a copy of same to Window Clerk B. Myzek , a person of suitable age and discretion at defendant's actual place of business within the state, at 100 Church Street, New York, New York.

3.      Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
 March 14 , 2014,

_____
Ramsey Baines

Sworn to me on   14th   day
Of March 2014

_____
NOTARY PUBLIC

KATHERINE E. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6288040
Qualified in Kings County
My Commission Expires August 26, 2017

Case 1:14-cv-00374-ARR-JMA   Document 3-1   Filed 01/27/14   Page 1 of 2 PageID #: 17

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| A.A., AN INFANT UNDER 18 YEARS BY HER MOTHER, MILETTE MYERS,<br><br>*Plaintiff*<br><br>v.<br><br>City of New York, et al.,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-cv-374 ARR-JMA |

*CITY OF N.Y. LAW DEPT.*
*OFFICE OF CORP. COUNSEL*
*COMMUNICATIONS UNIT*
*2014 MAR 12 AM 12:47*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    The City of New York
    New York City Corporation Counsel
    100 Church Street
    New York, NY 10007

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard P. Reyes, Esq.
    299 Broadway, Ste. 1501
    New York, NY 10007

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Douglas C. Palmer
    *CLERK OF COURT*

Date: 1/27/2014



s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*