THE LAW OFFICE OF RICHARD P. REYES, P.C.
299 BROADWAY, SUITE 1501
NEW YORK, NY 10007
(212) 966-3761
(646) 536-8964 - Fax

March 27, 2014

**<u>VIA ECF</u>**
Honorable Joan M. Azrack
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  A.A. v. City of NY, et al <u>1:14-cv-00374-ARR-JMA</u>

Your Honor:

  I am the attorney for the petitioner in the above captioned matter.  I am requesting an adjournment of the conference scheduled for April 1, 2014.  There was a problem with service and the only party that has been served is the City of New York.  Unfortunately, they were just served on March 12th so they still have time to answer and no one from Corporation Counsel has reached out to me yet.  I expect that they will respond soon and request an extension of time to answer which I normally agree to.  We had difficulty finding the individual defendant and just recently learned of her new location and expect to serve her shortly.  Thus, there are no attorneys representing the defendants for me to notify about the conference.  I respectfully request a short adjournment in order to complete service and coordinate with the attorneys for the defendants.

            Sincerely,

             /S/
            Richard P. Reyes (RR8457)