# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**　　　　　DATE: July 22, 2014
**DOCKET: 14-cv-374 (ARR)**　　　　CASE: <u>A.A. et al v. The City of New York</u>

☐ TELEPHONE　　☒ IN-PERSON

**CIVIL CAUSE FOR:**
☒ INITIAL CONF.　　☐ STATUS CONF.　　☐ SETTLEMENT CONF.　　☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court:　☐ 15　☒ 30　☐ 45　☐ 60　☐ Other: ___

FOR PLAINTIFF: Richard Reyes

FOR DEFENDANT: Joshua Lax

Order(s):

Demand by 8/8/14

Early sett

9/11/14 1pm

☐ Next conference on 9/11/14 1pm　☐ Telephone　☒ In-Person