# MINUTE ENTRY

**DATE:** 9/24/14

**JOAN M. AZRACK, USMJ**

**DOCKET:** 14-cv-374 (ARR)

**CASE:** A.A. et al v. The City of New York

☐ TELEPHONE   ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☒ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:   ☐ 15   ☐ 30   ☒ 45   ☐ 60   ☐ Other: ___

FOR PLAINTIFF: Richard Reyes

FOR DEFENDANT: Joshua Lax

**Order(s):**

Stlt. conf to cont

10/29/14  11:15

☐ Next conference on 10/29  11:15   ☐ Telephone   ☒ In-Person