

**THE CITY OF NEW YORK**

ZACHARY W. CARTER
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA J. LAX
Senior Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

October 24, 2014

**BY ECF**
The Honorable Joan M. Azrack
United States Magistrates Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **A.A. by M/N/G Millette Myers v. City of New York et. al., 14 CV 00374 (ARR)(JMA)**

Dear Magistrate Judge Azrack:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I write with the consent of Richard P. Reyes, Esq., to respectfully request an adjournment of the settlement conference scheduled for October 29, 2014 at 11:15 a.m. The basis for these requests is that defense counsel had a trial originally scheduled for October 20, 2014 that was postponed to commence on October 28, 2014 in the Southern District of New York, and is expected to last to the end of that week. As a result defense counsel is unavailable at that date and time. This request should affect no other scheduled dates. For these reasons, defendants respectfully request an adjournment of the conference to a date and time convenient for the Court.

Respectfully submitted,

/s/

Joshua J. Lax
Senior Counsel

CC: Richard P. Reyes, Esq. (BY ECF)