THE LAW OFFICE OF RICHARD P. REYES, P.C.
305 BROADWAY, 9th Floor
NEW YORK, NY 10007
(212) 966-3761

November 5, 2014

**<u>VIA ECF</u>**
Honorable Joan M. Azrack
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: A..A. v. City of New York, et al. 14CV00374 (ARR)(JMA)

Your Honor:

  I am the attorney for the Plaintiff in the above mentioned matter. I am writing to request that the conference scheduled for November 10, 2014 be rescheduled to November 24, 2014. I am writing with the consent of Joshua Law, attorney for defendants. We were originally scheduled for a day prior to November 10, 2014 but Mr. Lax was on trial and it had to be rescheduled. Unfortunately, I have a continued matter on November 10th and the time was not good for me. We consulted with chambers to select a day that is good for both Mr. Lax and myself, so I ask that the conference be rescheduled to November 24th at 11:00 am.

              Respectfully submitted,

              _____
              RICHARD P. REYES, ESQ. (RR8457)
              BARNUM & REYES P.C.
              299 Broadway, Suite 1501
              New York, NY 10007
              (212) 966-3761

TO: MICHAEL CARDOZO
    Joshua Law
    *Assistant Corporation Counsel*
    New York City Law Department
    100 Church Street
    New York, NY 10007