**MINUTE ENTRY**

JOAN M. AZRACK, USMJ  DATE: 11/24/2014
DOCKET: 14-cv-374 (ARR)  CASE: <u>A.A. et al v. The City of New York</u>

☐ TELEPHONE  ☒ IN-PERSON

<u>CIVIL CAUSE FOR:</u>
☐ INITIAL CONF.  ☐ STATUS CONF.  ☒ SETTLEMENT CONF.  ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☐ 15  ☐ 30  ☐ 45  ☒ 60  ☐ Other: ____

FOR PLAINTIFF: Richard Reyes

FOR DEFENDANT: Joshua Lax

**Order(s):**

- Case settled

- Parties to file Stipulation of dismissal by 12/23/14.

☐ Next conference on _____  ☐ Telephone  ☐ In-Person