UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

A.A. et al.,

              Plaintiff,

- against -

CITY OF NEW YORK, et al.,

              Defendants.
------------------------------------------------------------X

<u>ORDER OF DISCONTINUANCE</u>

Civil No. 14 CV 374 (ARR)

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within seven (7) days if the settlement is not consummated.

SO ORDERED:

DATED:   Brooklyn, New York
              December 24 2014

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

COPIES WERE FORWARDED TO:

Richard P. Reyes, Esq.
299 Broadway, Suite 1501
NY, NY 10007


Joshua Lax
New York City Law Department
100 Church Street
Room 3-154
New York, NY 10007


Magistrate Judge Azrack