UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

A.A. by M/N/G MILETTE MEYERS,

                                              Plaintiffs,

                    -against-

CITY OF NEW YORK, POLICE OFFICER NATARSHA
O'NEIL, POLICE OFFICER TIMOTHY ARTHUR, qnd
POLICE OFFICERS JOHN DOE and JANE DOE (Names and
Shield #s currently unknown,

                                              Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 00374 (ARR) (JMA)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, this action was originally brought on behalf of plaintiff by her mother, but during the pendency of this litigation plaintiff reached the age of 18 and desires to resolve this action; and

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
12/30/14, 2014

RICHARD P. REYES
*Attorney for Plaintiff*
299 Broadway, Suite 1501
New York, New York 10007

By: _____
Richard P. Reyes
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City and O'Niel*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joshua J. Lax
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2014