FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 14 2016 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MARLA AHLGRIMM and
BALBIR BHOGAL,

        Defendants.

14 CR 374 (JFB)

WHEREAS, the Court has imposed a non-incarceratory sentence on the Defendant, Marla Ahlgrimm (Ahlgrimm), and the U.S. Pretrial Services Agency (the Agency) had previously taken custody of Ahlgrimm's United States Passport, which it continues to hold, it is HEREBY ORDERED that the Agency forthwith return Ahlgrimm's passport to her.

Dated: Central Islip, New York.
       July 14, 2016

                                Honorable Joseph F. Bianco
                                United States District Judge
                                Eastern District of New York